IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3008 |
| vs. | |
| JAMES MICHAEL PAPAZIAN, | ORDER |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Seth Morris, as a Criminal Justice Act Training Panel Member, to assist in the defense of James Michael Papazian.

Accordingly,

IT IS ORDERED:

1) Pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Seth Morris is hereby assigned to assist AFPD John C. Vanderslice in the representation of Defendant in the above-captioned case. Seth Morris shall not be eligible to receive compensation for services performed in this case.

2) AFPD John C. Vanderslice shall continue to be primary counsel on behalf of the Defendant, James Michael Papazian.

January 24, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge