IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES MICHAEL PAPAZIAN,

Defendant.

4:18CR3008

ORDER

IT IS ORDERED:

1) The motion of John C. Vanderslice to withdraw as counsel of record for Defendant, (Filing No. 23), is granted.

2) Defendant's newly retained counsel, Carlos Monzon, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete John C. Vanderslice from any future ECF notifications herein.

Dated this 23rd day of February, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge