IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3008 |
| vs. | |
| JAMES MICHAEL PAPAZIAN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion of Seth W. Morris to withdraw as counsel of record for Defendant, (Filing No. 25), is granted.

2) Defendant's newly retained counsel, Carlos A. Monzon shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Seth W. Morris from any future ECF notifications herein.

February 27, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge