IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3008 |
| vs. | |
| JAMES MICHAEL PAPAZIAN, | ORDER |
| Defendant. | |

For the reasons stated on the record, the court finds Defendant's release would pose a risk of harm to the public by clear and convincing evidence and a risk of flight by a preponderance of the evidence.

Accordingly,

IT IS ORDERED that Defendant's motion for release, (Filing No. 31), is denied.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge