IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18-CR-3008 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES MICHAEL PAPAZIAN, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue Sentencing (filing 108) is granted.

2. Defendant James Michael Papazian's sentencing is continued to July 25, 2019, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 30th day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge