IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3008 |
| vs. | ORDER |
| JAMES MICHAEL PAPAZIAN, | |
| Defendant. | |

This case is before the Court on the government's Motion Requesting a No Contact Order (filing 114). The government's allegations are very troubling.

Unfortunately, the Court is in the midst of an Omaha jury trial, and availability for an in-court hearing is limited. But the circumstances counsel for the Court to act. Fortunately, the parties are represented by experienced and extremely able counsel, both of whom undoubtedly recognize the seriousness of this situation. And defense counsel is certainly capable of conveying to his client exactly how seriously the Court is likely to take this matter now, and at the sentencing hearing.

Accordingly, before imposing a solution, the first thing the Court will do is direct the parties to meet and confer, with the aim of reaching a reasonable, agreed-upon resolution. The Court will be willing to consider using the Court's authority to order and enforce any agreement to which the parties stipulate. In the absence of an agreement, the Court is willing to hold a hearing at 12:15 p.m. on Friday in Omaha.

IT IS ORDERED:

1. The parties are directed to meet and confer with the aim of resolving this dispute.

2. If the Court is not advised of an agreement before 8:30 a.m. on Thursday, May 30, the Court will set a hearing on the government's motion for 12:15 p.m., on Friday, May 31, in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 29th day of May, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge