IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3008 |
| vs. | JUDGMENT |
| JAMES MICHAEL PAPAZIAN, | |
| Defendant. | |

For the reasons stated in the Court's memorandum and order of March 4, 2021 (filing 156) and the accompanying memorandum and order, the defendant's motion to vacate (filing 151) is denied.

Dated this 31st day of August, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge